08 JUN 25 PM 4:44

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

'08 CR 2111 IEG

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN CORTEZ (1),<br>DIMAS ALCARAZ-PRECIADO (2),<br>SERGIO MARES-GUERRERO (3),<br><br>Defendants. | Criminal Case No. ________<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Methamphetamine with Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |

The grand jury charges:

Count 1

On or about May 21, 2008, within the Southern District of California, defendants BENJAMIN CORTEZ, DIMAS ALCARAZ-PRECIADO and SERGIO MARES-GUERRERO did knowingly and intentionally import 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 12.15 kilograms (26.73 pounds) of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

//

CEK:fer:San Diego
6/20/08

Count 2

On or about May 21, 2008, within the Southern District of California, defendants BENJAMIN CORTEZ, DIMAS ALCARAZ-PRECIADO and SERGIO MARES-GUERRERO did knowingly and intentionally possess, with intent to distribute, 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 12.15 kilograms (26.73 pounds) of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

DATED: June 25, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By: CHARLOTTE E. KAISER
Assistant U.S. Attorney