FILED
JUL - 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

JOHN F. KELLY
Attorney at Law #163883
406 Ninth Avenue, Suite 303
San Diego, California 92101
619-231-3097
JFKLaw@cs.com

Attorney for DIMAS ALCARAZ-PRECIADO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

08 cr 2111 - IEG

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. DIMAS ALCARAZ-PRECIADO, Defendant. | Case No. 08MJ1599<br>SUBSTITUTION OF ATTORNEY |

Defendant hereby substitutes John F. Kelly as his attorney of record in the above matter as his counsel of record in place of : Michael Stephen Berg .

Dated: 6/12/08

Dimas Alcaraz Preciado
Dimas Alcaraz-Preciado
Defendant

Dated: 6/12/08

John F. Kelly
Attorney for Defendant

I consent to the above substitution:

Dated:

Michael S. Berg
Attorney at Law

7/01/08
It So Ordered
USMJ

JOHN F. KELLY
Attorney at Law #163883
406 Ninth Avenue, Suite 302
San Diego, California 92101
619-231-3097
JFKLaw@cs.com

Attorney for DIMAS ALCAR...Z

UNIT... DISTRICT COURT

SOUTH... ...ICT OF CALIFORNIA

UNITED STATES OF AMERIC...
Plainti...

Case No. 08MJ1599

SUBSTITUTION OF ATTORNEY

v.

DIMAS ALCARAZ-PRECIADO,

Defendant.

---

Defendant hereby substitu... ...lly as his attorney of record in the above matter as his counsel of record in plac... of ... ... Stephen Berg.

Dated: 6/12/08

Alcaraz Preciado
...araz-Preciado

Dated: 6/12/08

...
...
... Defendant

I consent to the above substitution.

Dated:

...
Berg
...Law