FILED
JUL 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Criminal Case No. 08CR2111-IEG |
| v. | INFORMATION (SUPERSEDING) |
| DIMAS ALCARAZ-PRECIADO, AKA DIMAS CARRANZO-ROMO Defendant. | Title 21, U.S.C. Sec. 843(b) - Unlawful Use of a Communication Facility; Title 8, U.S.C. Secs 1326 (a) and (b) - Deported Alien Found in United States |

The United States Attorney charges:

Count 1

On or about May 21, 2008, within the Southern District of California and elsewhere, defendant, DIMAS ALCARAZ-PRECIADO, knowingly and intentionally used a communication facility, namely a telephone, in committing and in causing and facilitating the commission of a controlled substance offense, that is, the knowing and intentional conspiracy to distribute 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 12.15 kilograms/26.73 pounds of methamphetamine, a Schedule II Controlled Substance, a felony under Title 21 U.S.C. §§ 841(a)(1) and 846, in violation of Title 21, United States Code, Section 843(b).

Count 2

On or about May 21, 2008, within the Southern District of California, defendant, DIMAS ALCARAZ-PRECIADO, an alien, who previously had been excluded, deported and removed from the United

States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

It is further alleged that defendant, DIMAS ALCARAZ-PRECIADO was removed from the United States subsequent to June 1996.

DATED: July 18, 2008.

KAREN P. HEWITT
United States Attorney

Paul S. Cook

PAUL S. COOK
Assistant U.S. Attorney