AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.

DIMAS ALCARAZ-PRECIADO

## WAIVER OF INDICTMENT

CASE NUMBER: 08CR2111-IEG

I, DIMAS ALCARAZ-PRECIADO, the above named defendant, who is accused of

Unlawful use of a Communict and Deported Alien found in the US

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on JULY 24, 2008 (*Date*) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
JUL 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

Dimas Alcaraz Preciado
*Defendant*

*Counsel for Defendant*

Before
*Judge*

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd